UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND FONTENETTE                                          CIVIL ACTION

VERSUS                                                             NO. 15-864-JJB-EWD

EXXON MOBIL CORPORATION

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on June 28, 2016.

                                              **ERIN WILDER-DOOMES**
                                              **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND FONTENETTE                                              CIVIL ACTION

VERSUS                                                          NO. 15-864-JJB-EWD

EXXON MOBIL CORPORATION

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter was originated by a Complaint, filed on December 29, 2015, by *pro se* plaintiffs, Randy Anglin, Joseph Samson, and Raymond Fontenette ("Fontenette"), alleging that defendant, Exxon Mobil Corporation ("Exxon"), violated Title VII of the Civil Rights Act of 1964 and the Equal Pay Act.[1]

A scheduling conference was initially set for February 25, 2016.[2]  Plaintiffs, Randy Anglin and Joseph Samson, filed Notices of Voluntary Dismissal without prejudice on February 11, 2016.[3]  In light of the Notices of Voluntary Dismissal, the scheduling conference was canceled. The Court granted the Notices of Voluntary Dismissal on February 24, 2016, dismissing the claims of plaintiffs, Randy Anglin and Joseph Samson.[4]  Only Fontenette's claims against Exxon remain in this case.

Another scheduling conference was set for June 14, 2016 with a Status Report due May 31, 2016.[5]  No Status Report was filed.  The June 14, 2016 scheduling conference was canceled and an Order to Show Cause was issued because the docket did not contain information indicating

---

1 R. Doc. 1.
2 R. Doc. 3.
3 R. Docs. 4 and 5.
4 R. Doc. 7.
5 R. Doc. 8.

2

that Exxon had been served with the Complaint.[6] Alternatively, the Order to Show Cause permitted Fontenette to file information regarding service into the record by June 20, 2016 in lieu of appearing. The Order to Show Cause advised that "Failure to appear, or provide the requested information, as ordered may result in dismissal of plaintiff's claims against defendant Exxon Mobil Corporation without further notice."[7]

Court records indicate that Fontenette was served with the Order to Show Cause by mailing it to 1132 Orangewood Drive, Baton Rouge, LA 70806, which is the address he provided in his Complaint. Fontenette failed to appear at the June 28, 2016 hearing or file information regarding service into the record and did not contact the Court regarding any conflict with the scheduled hearing date.

> Rule 4(m) of the Federal Rules of Civil Procedure states:
>
> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1) or to service of a notice under Rule 71.1(d)(3)(A).

According to the Court's calculations, the 90-day period in which to serve Exxon in this matter expired on March 28, 2016. The Court notified Fontenette via an Order to Show Cause that it appeared Exxon had not been served and permitted him an opportunity to either file information regarding service into the record in this matter or appear in person and explain why service had not been effected. Further, the Order to Show Cause advised Fontenette that failure

---

6 R. Doc. 10.
7 *Id.*

to appear or provide service information could result in dismissal of his claims without further notice.   Fontenette failed to respond in any way to the Order to Show Cause.

## **RECOMMENDATION**

It is recommended that this matter be DISMISSED WITHOUT PREJUDICE for failure of the plaintiff, Raymond Fontenette, to timely serve Exxon Mobil Corporation.

Signed in Baton Rouge, Louisiana, on June 28, 2016.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**