UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND FONTENETTE

VERSUS

EXXON MOBIL CORPORATION

CIVIL ACTION

NO. 15-864-JJB-EWD

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated June 25, 2016 (doc. no. 12) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, this case is DISMISSED WITHOUT PREJUDICE for failure of the plaintiff, Raymond Fontenette, to timely serve Exxon Mobil Corporation.

Baton Rouge, Louisiana, this ⅔⁵ᵗ day of July, 2016.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA